| | |
|---|---|
| 1 | SAO |
| 2 | Kurt C. Lambeth |
|   | Nevada Bar No. 6390 |
| 3 | 330 East Charleston Boulevard, Suite 204 |
|   | Las Vegas, Nevada 89104 |
| 4 | Kurtredmenlaw@gmail.com |
| 5 | Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | CASE NO.: 2:18-cv-01306-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| TREASURE ISLAND, LLC dba TRESURE ISLAND, dba TREASURE ISLAND LAS VEGAS, | |
| Defendants. | |

Plaintiff HAWK TECHNOLOGY SYSTEMS, LLC, by and through their attorney of record, Kurt C. Lambeth, Esq., together with Defendant TREASURE ISLAND, LLC, by and through its attorney of record, Lawrence J. Semenza, III, Esq, and, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, voluntarily dismisses with prejudice the above-entitled action.

///
///
///
///
///
///
///
///
///

The parties will bear their own fees and costs.

Dated this 30th day of October, 2018,

KURT LAMBETH, LLC

_____
Kurt C. Lambeth
Nevada Bar No. 6390
330 East Charleston Boulevard, Suite 204
Las Vegas, Nv 89104
*Attorney for Plaintiff Hawk Technologies, LLC*

Dated this 15th day of October, 2018,

SEMENZA KIRCHER RICKARD

_____
Lawrence J. Semenza, III, Esq.
Nevada Bar No.: 7174
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant Treasure Island, LLC*

## ORDER

On this day, upon stipulation by the parties for Dismissal with Prejudice,

It is HEREBY ORDERED this matter is dismissed with prejudice.

DATED this 7th day of November, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

**KURT LAMBETH, LLC**

_____
Kurt C. Lambeth
Nevada Bar No. 6390
330 East Charleston Boulevard, Suite 204
Las Vegas, Nv 89104
*Attorney for Plaintiff Hawk Technologies, LLC*